**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

     Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

     Defendants.

---

## ORDER

---

     This matter is before the Court on an interested party's, Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation, and the above-captioned parties' Joint Motion to Consolidate (ECF No. 64) Civil Action No. 20-cv-03243-NYW with the above-captioned case.

     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, in actions which involve "a common question of law or fact," the court may consolidate the actions or issue any other orders to avoid unnecessary cost or delay.  Under this District's Local Rules, "[a] motion to consolidate…shall be decided by the district judge to whom the lowest numbered case is assigned."  D.C.COLO.LCivR 42.1.  Whether to consolidate is vested in the broad discretion of the district court.  *American Employers' Ins. Co. v. King Res. Co.*, 545 F.2d 1265, 1269 (10th Cir. 1976).

     Upon the Court's review of the two actions at issue, it finds they involve common questions of law or fact.  Specifically, both actions appear to relate to or arise from a claim in a

Chapter 7 bankruptcy proceeding and involve the above-named defendants.  Accordingly, the Court finds consolidation of the two actions for all purposes is appropriate.  It is therefore

**ORDERED**

(1)  That the Joint Motion to Consolidate (ECF No. 64) is GRANTED;

(2)  That Civil Action No. 20-cv-03243-NYW is consolidated with the above-captioned action for all purposes;

(3)  That Magistrate Judge N. Reid Neureiter shall be the sole referral magistrate judge in this consolidated action;

(4)  That all papers in this consolidated action shall be filed in the lowest case number, No. 19-cv-01091-RM-NRN; and

(5)  That this Order shall also be filed in Civil Action No. 20-cv-03243-NYW.

DATED this 5th day of January, 2021.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge